IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSHUA BENJAMIN, a minor, by THOMAS BENJAMIN and JANET BENJAMIN, | : : : : | CIVIL ACTION NO. 12-0585 |
| Plaintiffs, | : : | |
| v. | : : | |
| JAMES B. FASSNACHT, PA STATE POLICE CORPORAL BRAY, LANCASTER COUNTY, DAVID MUELLER, CAROLE TROSTLE, DREW FREDERICKS, and JOHN DOE and JANE DOE, | : : : : : : : : | (Electronically Filed) |
| Defendants. | : | JURY TRIAL DEMANDED |

**NOTICE OF APPEAL**

Notice is hereby given that Lancaster County, Joseph Choi, and Darren Dubey ("Lancaster Defendants"),[1] defendants in the above-named case, hereby appeal to the United States Court of Appeals for the Third Circuit from the August 14, 2014 Order Denying in part Defendants' Motion for Summary Judgment (Doc. No. 57).

---

[1] All claims against the other named Defendants were dismissed by This Court's Order of August 14, 2014 (Doc. No. 57).

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: September 12, 2014 | */s/ David J. MacMain* |
|  | David J. MacMain (PA No. 59320) |
|  | Brian H. Leinhauser (PA No. 203945) |
|  | Charles R. Starnes (PA No. 311862) |
|  | The MacMain Law Group, LLC |
|  | 101 Lindenwood Dr., Suite 160 |
|  | Malvern, PA 19355 |
|  | (484) 318-7106 |
|  | dmacmain@macmainlaw.com |
|  | bleinhauser@macmainlaw.com |
|  | cstarnes@macmainlaw.com |

2

**CERTIFICATE OF SERVICE**

I, David J. MacMain, hereby certify that on this 12th day of September 2014, I caused the foregoing Notice of Appeal to be served upon the following via electronic notification:

Kevin C. Allen, Esquire
Crystle, Allen & Gimes, LLC
143 North Duke Street
Lancaster, PA 17602
*Attorney for Plaintiffs*

Keli M. Neary, Esquire
PA Office of Attorney General
15th Floor, Strawberry Square
Harrisburg, PA 17120
*Attorney for Co-Defendants*

Barry N. Kramer, Esquire
PA Office of Attorney General
21 S. 12th Street
Third Floor
Philadelphia, PA 19107
*Attorney for Co-Defendants*

This *Certificate of Service* and the said filing are intended to be available for viewing and downloading from the ECF system of the United States District Court for the Middle District of Pennsylvania.